FILED
DEC 1 1 2009

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CHARLES THORNTON, | \* | CIV. 09-4083 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| DOUGLAS WEBER, | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff brings this prisoner civil rights action pursuant to 42 U.S.C. § 1983. The Magistrate

Judge issued a Report and Recommendation recommending that the Complaint be dismissed for

failure to state a claim upon which relief can be granted.

Although the Report and Recommendation was served upon the Plaintiff, the mail was

returned as undeliverable. It is Plaintiff's responsibility to keep the Court advised of his current

address. No current address is on file with the clerk.

After conducting an independent review of the record, the Court agrees with the Magistrate

Judge. Accordingly,

IT IS ORDERED that:

1.      The Report and Recommendation (Doc. 7) is ADOPTED.

2.      Plaintiff's complaint is dismissed, without prejudice, for failure to state a claim upon which relief can be granted.

3.      Plaintiff remains responsible for payment of the balance of the $350.00 filing fee.

Dated this _____ day of December, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By:_____, Deputy
(SEAL)